UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| CHRISTOPHER SULLIVAN, on behalf of himself and all others similarly situated, ) ) ) ) Plaintiff, ) ) V. ) ) DJGN LEXINGTON, LLC, d/b/a TONY'S ) STEAKS & SEAFOOD, ) ) Defendant. ) | Civil Action No. 5: 22-064-DCR  **ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Christopher Sullivan has filed an unopposed motion to dismiss this action, without prejudice, pursuant to Rules 41(a)(2) and 23(e) of the Federal Rules of Civil Procedure. [Record No. 51]  Counsel for the plaintiff states that, following negotiations, the parties have reached a settlement which will resolve the claims asserted in this action and in similar actions pending in the United States District Court for the Southern District of Ohio, the United States District Court for the Southern District of Indiana, and the Fayette Circuit Court.  To effectuate the global settlement, the parties have included the claims made in this action in the action pending in the United States District Court for the Southern District of Ohio where the settlement will be finalized and submitted to that court for approval.

Therefore, being sufficiently advised, it is hereby

**ORDERED** as follows:

1.  The plaintiff's unopposed motion to dismiss this action, without prejudice, [Record No. 51] is **GRANTED**.

2. This action is **DISMISSED**, without prejudice, pursuant to Rules 41(a)(2) and 23(e) of the Federal Rules of Civil Procedure.

3. Because the claims asserted in this action are now pending in another jurisdiction and are not being dismissed with prejudice, the Court finds that separate notice to members of the proposed class under Rule 23(e)(1) is not required.

Dated: November 29, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky